## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24CR00602JAR |
| ) | |
| JOSEPH NEELY, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Continue the Trial. (Doc. No. 41.) For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Trial [Doc. No. 41] is **GRANTED**. Pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to **Monday, June 2, 2025 at 9:00 a.m.**

Dated this 26th day of March, 2025.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**